McMahon J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

           v.

CHRISTOPHER S. METCALF, BOZIDAR "BOB"
VUKOVICH, AND PANTERA PETROLEUM, INC.,
now known as ESP RESOURCES, INC.,

                    Defendants.

11 Civ. 0493 (CM)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/12

## FINAL JUDGMENT AS TO DEFENDANT BOZIDAR "BOB" VUKOVICH

WHEREAS, the Securities and Exchange Commission filed a Complaint and Defendant Bozidar "Bob" Vukovich entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment; and

    WHEREAS, on December 8, 2011, the Court:

        (a) permanently enjoined Defendant from violating Section 17(a) of the Securities Act of 1933 ("Securities Act"), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and Rule 10b-5 thereunder;

        (b) ordered Defendant to pay disgorgement in the amount of $113,575, plus prejudgment interest thereon in the amount of $18,596.04; and

    (c)    ordered Defendant to pay a civil penalty in the amount of $130,000 pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)];

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the December 8, 2011 Court Order referenced above is incorporated herein.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently barred from participating in an offering of penny stock, including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock. A penny stock is any equity security that has a price of less than five dollars, except as provided in Rule 3a51-1 under the Exchange Act [17 C.F.R. 240.3a51-1].

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: April 2, 2012

*[signature]*

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

3